**DE GRUY v. CAIENNIE, INC.**

——

(May 5, 1930. Opinion and Decree.)

——

Legier, McEnerny & Waguespack, of New Orleans, attorneys for plaintiff, appellee.

William McL. Fayssoux, of New Orleans, attorney for defendant, appellant.

WESTERFIELD, J. The question presented by this appeal is the value of the occupancy of the premises 1300 Canal street, for six months. The trial court in its judgment awarded $900, or $150 per month. We are of opinion that the judgment is correct and it is, therefore, affirmed.